JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MEHRAN AMIRKHANI KHAMSEH,

               Petitioner,

               v.

C. LANGILL, in his official capacity, Director for the Los Angeles ICE Field Office, et al.,

               Respondents.

Case No. 2:25-cv-09955-MCS-DTB

**JUDGMENT**

1

Pursuant to the Order Accepting in Part Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent shall immediately release Petitioner from custody on his previous conditions of supervision. Respondent and his officers, agents, employees, attorneys, and persons acting on his behalf in concert or in participation with him are enjoined from re-detaining Petitioner without notice and a pre-detention hearing.

Dated: April 6, 2026 _____

_____
Mark C. Scarsi
United States District Judge

2